

# SAN DIEGO DPC
SAN DIEGO DATA PROCESSING CORPORATION

May 30, 2008

Mr. Jim Milling
Project Director
Axon Americas
15 Exchange Place, 7th Floor
Jersey City, NJ 07302

Subject: Master Services Agreement with SDDPC/Attached letter dated May 27, 2008

Dear Mr. Milling:

Please find attached a letter dated May 27, 2008 from Mary J. Lewis which describes in detail past and current issues and problems with the performance of Axon under our Agreement.

In various meetings over the past few weeks there have been communications between Axon, SDDPC and City representatives regarding project issues and concerns.

Please review the attached letter and contact me so that we can further discuss resolution of these concerns as soon as possible.

Sincerely,

Tom Fleming
President/CEO
San Diego Data Processing Corporation (SDDPC)



# THE CITY OF SAN DIEGO

## MAYOR JERRY SANDERS

May 27, 2008

Mr. Jim Milling, Project Director
Axon Americas
15 Exchange Place, 7th Floor
Jersey City, NJ 07302

Dear Mr. Milling:

Thank you for meeting with the OneSD City Project Management Team and Executive Sponsors on May 19, 2008. I appreciate your desire to openly and candidly discuss our OneSD project concerns.

On May 22, 2008 we received Axon's updated Proposed Plan. After a detailed review of Axon's Plan, we continue to have serious concerns regarding Axon's ability to manage this project and execute the contracted Statement of Work. We were disappointed to find an unfinished project schedule and an outdated resource matrix as the core of the Plan. Some of the most basic insufficiencies include:

- Schedule lacks a definable critical path.
- Schedule lacks resource definition and leveling.
- Schedule lacks task appropriate predecessor/successor relationships.
- Resource Matrix includes staff no longer assigned to the project.
- Resource Matrix does not include key Axon team members.

Given the complete lack of a viable schedule and resource plan, we do not have any tangible measure to support Axon's verbal statements that Axon is able to meet the go-live date.

It is my sincere hope that we can work toward a mutually agreeable solution to this difficult and concerning situation.

Sincerely,

Mary Lewis
Chief Financial Officer
Project Sponsor

NT/ML/slh

cc: Steve Peck, President and CEO, Axon Americas
Jay M. Goldstone, Chief Operating Officer, City of San Diego
Greg Levin, OneSD Business Project Leader, City Comptroller
Tom Fleming, CEO, Data Processing Corporation

**Chief Financial Officer • Department of Finance**
202 C Street, MS 9 • San Diego, CA 92101
Tel (619) 236-5941   Fax (619) 236-6606

B - 2