

THE CITY OF SAN DIEGO
MAYOR JERRY SANDERS

# MEMORANDUM

DATE: July 9, 2008

TO: Members of the City Council Rules Committee

FROM: Mary Lewis, CFO
Greg Levin, City Comptroller

SUBJECT: Status of the OneSD Project (ERP, SAP)

---

The City of San Diego is currently implementing an Enterprise Resource Planning (ERP) initiative, known as *OneSD,* to address systemic deficiencies in Internal Controls and business processes. This project entails replacing the major finance, human resources and procurement software systems currently in use by the City and to also provide for revised financial and operating policies and procedures for areas affected by the project. This system will integrate a wide range of financial and human resources functions into a single consolidated system that will improve management efforts and financial reporting at the City. The solution purchased was manufactured by SAP and is being implemented by the City and its contractor, Axon Americas. This memorandum serves to update the City Council on the status of this effort.

Approximately 40 full time equivalent City staff members from City departments are working in cross functional teams with Axon technical staff to integrate the SAP software. Draft Blueprints for the Finance and Logistics modules are complete and Draft Blueprints for the Human Capital Management modules are anticipated to be complete shortly. The Draft Blueprints define at a high-level the "to be" process and the scope of work to be completed in the realization phase. Upon final acceptance the completed Blueprint documents will contain detailed functional specifications and process documentation.

In the last briefing to City Council, we reported that several changes to the City's project management staff had been made: the project manager was replaced with a staff member

from the City Comptroller's Office and the City Comptroller is now tasked with project leadership. The City Comptroller reports directly to the Chief Financial Officer who is now the Project Sponsor and to an Executive Steering Committee composed of several City Executives. The intent of the change was to re-focus the project towards a business transformation initiative rather than an Information Technology Project. The change was also made to insert direct, hands-on quality management of the financial and human resources implementation. Additionally, at the last ERP update we briefed the committee on our intent to evaluate the feasibility of the go-live date.

Based on observed issues with Axon's project management and the overall management of the project schedule, we determined that a comprehensive external assessment of the project was needed. The assessment of the project was timed to occur near the completion of Draft Blueprint documents in order to determine strength of the system design but also to enable the City to make any necessary adjustments to the project early in the process rather than later in the timeline. Additionally, the viability of the originally planned and contracted go-live date of October, 2008 was a concern of City management on the project. In this regard, SAP Consulting, conducted an on-site design review in May to determine the effectiveness of project management, the quality of the blueprints and to make recommendations geared toward improving the overall quality of the project.

The comprehensive assessment by SAP produced several findings, including serious project management weaknesses in areas that are the responsibility of the City's implementation consultant; these are described in the attached report (provided electronically to the public). The City has addressed these findings with Axon and the risks are now being remediated. In response to the City's request, Axon has brought in new project management and technical talent to address the findings. Numerous steps are underway to improve the project status and we are confident that the risk level will return to acceptable levels in the near future.

SAP identified these overall findings as high risk:
- Additional detail on the to-be business processes needed in blueprints: process integration, etc before going to realization
- Need for sound project management processes (Axon)
- Project staffing (Axon and City)

The SAP assessment did not specify a new go-live date. However, after an evaluation of findings related to project management, the City directed the project team to perform a comprehensive re-planning of the project. Based on currently known risk risks and on the now defined scope of implementation the One SD team believes that both the financial components and human resources will be operational by April 1, 2009. The revised plan now includes additional activities for parallel testing of the City's payroll process. A common challenge in similar systems implementations performed by other local government agencies has been the efficacy of changes made to the payroll process and parallel testing serves to mitigate the risk that the City is able to properly pay employees in the new system.

**Update on Budget Development Initiatives**
SAP is currently developing a public sector budget preparation and forecasting tool called "Public Budget Formulation" that will be fully integrated with the SAP ERP implementation. SAP will perform the blueprinting of the "as is" and "to be" budget process starting in July 2008 to determine San Diego's desired budget formulation and business processes. Then using the blueprints along with San Diego's actual budget data, SAP will conduct testing of the new software product. The benefit to the City is that the budget processes will be documented and the SAP software will be tested with the City's actual data and processes, therefore reducing implementation risk.

The budget development project will start in July with the blueprinting phase. The Fiscal Year 2010 budget will be prepared using the City's existing tool, FMIS, and the resulting budget data will be converted into the new chart of accounts when the ERP goes live. The Fiscal Year 2011 budget is planned for preparation using the new SAP "Public Budget Formulation" tool which will be fully integrated with the City's ERP.

Budget preparation functionality was included as an option to Phase 3 implementation of the ERP project but is moving to Phase 1 of the ERP implementation to take advantage of the opportunity to be a development partner with SAP and have input into the budget software. In addition, the City is gaining SAP's expert resources to document the budget process and achieve budget data integration with new core accounting and personnel systems. This budget solution will include most of the City's budgeting and monitoring needs: period budgeting; budget versions and version control; budget monitoring; forecasting and analysis; and document production.

**Discussion**

The Project Management Team has completed a re-planning process including developing revised estimates for System Implementation and Go-Live based on project performance to date. The result of the re-planning process was a proposed revised implementation date for all modules of no later April 1, 2009. Progress permitting, the team may elect to implement certain modules of the system prior to April 1, 2009. The likely modules for implementation would be in the finance and logistics areas of the project which are currently estimated to complete by January 1, 2009. However, this phased implementation approach will be governed by a cost benefit analysis currently being performed. The study seeks to evaluate the cost of connecting legacy systems (payroll) to the OneSD financial systems vs. the benefit to be gained from having the systems active for the three month period following January 1, 2009.

Since the last update to the Rules Committee the functional teams have completed the Draft System Design Blueprints ("Blueprints") for the Finance and Logistics Modules. The Blueprints are the documents that guide project staff in the realization effort. In addition, significant progress was made toward completion of the Blueprints for the Human Capital Management Modules which include systems to affect Payroll, Personnel Recruitment and Classification functions in the City.

In addition to progress on the Blueprints, the Change Management team has completed several trainings for City Personnel and has organized training and communication liaison teams and conducted several workshops. Other activities completed by the Change Management team include developing and distributing project communications; including the first project communication cascade and a project newsletter. The Change Management Team has also begun significant work on studying how the roles and responsibilities of City employees will be affected by the System Implementation. This process is essential for successful implementation as it identifies training needs for City employees and allows for the development of process training materials to be completed.

The Technical team has completed the design and installation of the hardware environment for the system and has also identified a back up site for use in disaster recovery situations. The current site for backup will be the Environmental Services Department's Ridgehaven site. This site will serve as a backup site for the OneSD system, pending the Office of the CIO identifying and completing implementation of a permanent back up data center for the City. The technical team is now focused on working with the City's Business Objects Project team to develop infrastructure to support the City's future reporting needs. Additionally, they are coordinating the completion of the City's enhancements and workflow process forms in the new system.

In March 2008, the Project Sponsor (Mary Lewis, CFO) and Business Leader (Greg Levin, Comptroller) contracted to have SAP review the project and make recommendations for improving the implementation process. The report (attached) identified several opportunities for improvement and was received in final form on June 23, 2009. As part of the review, over 90 detailed findings and recommendations were provided to the City. The recommendations primarily focused on three areas: efficacy of project management controls, project staffing improving the level of detail included in the Blueprints and the level of study of how integration between various system modules will work. In response to the review, the City and Axon have taken several actions:

- The City sent Axon a written notice to cure deficiencies in project management and to respond to the findings contained in the report.
- The lead Axon Project Manager has been replaced.
- The Axon Project Director, the principal Axon official responsible for client management has been replaced and the Project is now being overseen by the CEO of Axon Americas.
- An Axon resource with significant public sector experience has been identified and reassigned to the role of Integration Manager.
- A new project schedule has been developed and is currently being negotiated by the City and Axon. Axon will maintain the schedule and report out critical path progress. The City will assess performance based on the finalized project plan.
    - Schedule includes parallel processing for payroll.
- Functional Specifications and complete "to be" documentation is in progress and will be included in Blueprint documents prior to final acceptance by the City and DPC.

- An Executive Governance Committee has been established to monitor contractual performance and project status. This committee is separate from the City's Executive Steering Committee which is tasked with resolving functional issues and decisions that arise from implementation. Members of the Executive Governance Committee include, City COO, City CFO, City Comptroller, City Project Manager, DPC CEO, Axon Project Manager, Axon CEO, SAP Vice President of Public Sector Services and SAP Vice President of Public Sector Solutions.
- A separate City Contract Management Committee has been established to review contract deliverables prior to acceptance. This committee includes the City CFO, City Comptroller and DPC CEO.
- The City is currently studying available resources and developing additional staffing proposals to add additional staff resources to the project.

In light of concerns over project management, we are closely monitoring progress in responding to the findings and will make any necessary corrections in a timely manner.

**Financial Snapshot:**

**Projected Project Totals vs. Appropriations:**

| Fiscal Year Appropriations | Approved Appropriatons | Projected Total Expense | Variance / Remaining Continuing Appropriation |
|---|---|---|---|
| Fiscal Year 2007 Appropriation | $ 5,000,000 | $ - | $ 5,000,000 |
| Fiscal Year 2008 Appropriation | 20,600,000 | 13,000,000 | 12,600,000 |
| Proposed Fiscal Year 2009 Appropriation | 10,900,000 | 23,500,000 | n/a |
| *Total Project Appropriations* | $ 36,500,000 | $ 36,500,000 | $ - |

*includes prior year appropriation

**Breakdown of Costs by Type:**

| Project Costs | Estimated | Expended | Remaining |
|---|---|---|---|
| Implementation Consultant (AXON) | $ 18,805,406 | $ 2,408,357 | $ 16,397,049 |
| Non Personnel Expense (Software/Hardware) | 11,679,122 | 7,828,189 | 3,850,933 |
| City and SDDPC Labor | 6,015,472 | 2,236,736 | 3,778,736 |
| Total | $ 36,500,000 | $ 12,473,282 | $ 24,026,718 |

**Summary**
The SAP assessment and the findings were a crucial step in ensuring project success while identifying critical areas for improvement. Additionally, the completion of the assessment at this phase of the project enabled timely intervention by the City to ensure

Axon was able to cure any deficiencies and remediate risks. That being said, the Assessment also highlighted that a significant amount of quality work has been accomplished by dedicated City and Axon technical teams.

The project management issues are being corrected and we believe that the revised go-live date is realistic and can be successfully achieved. The revised implementation date was negotiated and mutually agreed upon for the best outcome and success of the project. The contract with Axon is fixed price and although the go-live date extends beyond the initial contracted date, the City is not at risk for additional expenses from Axon due to the extension. However, additional costs could be identified as City staff work longer on the project than planned. In addition, opportunities for enhancing the City's work flow processes that are outside of the originally contemplated scope may be identified in the course of the project and we will brief the City Council on any anticipated changes of scope that would affect costs.

Attachments:
    OneSD Project Review

cc:
    Honorable Mayor Jerry Sanders
    City Council Members
    Chief Operating Officer, Jay M. Goldstone
    City Attorney Michael J. Aguirre
    Independent Budget Analyst, Andrea Tevlin
    City Auditor, Eduardo Luna